Eric S. Pezold, Bar No. 255657
epezold@swlaw.com
Andrew B. Still, Bar No. 312444
astill@swlaw.com
SNELL & WILMER L.L.P.
600 Anton Blvd, Suite 1400
Costa Mesa, California 92626-7689
Telephone:   714.427.7000
Facsimile:    714.427.7799

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAVIN MEHL; RON CUPP; and DOES 1-10 inclusive consumers,<br><br>Plaintiffs,<br><br>vs.<br><br>WARREN GREEN; MATTHEW DAMERON; ERIC S. PEZOLD; LYNDSEY A. TORP; MORGAN T. PETRELLI, individual defendants; SNELL & WILMER L.L.P.; WILMINGTON TRUST, NATIONAL ASSOCIATION; MFRESIDENTIAL ASSETS I, L.L.C.; MFRA TRUST 2016-1; PS FUNDING, INC.; PEER STREET INC., corporate defendants; and DOES 1-10 inclusive,<br><br>Defendants. | Case No. 2:21-CV-01861-TLN-JDP<br><br>**AMENDED NOTICE OF MOTION AND MOTION TO STRIKE COMPLAINT PURSUANT TO CAL. CODE CIV. PROC. § 425.16 AND TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(6)**<br><br>Amended Hearing Information:<br>Date:         December 2, 2021<br>Time:        10:00 a.m.<br>Courtroom: 9<br>Address:    501 I Street<br>                    Sacramento, CA 95814 |

TO THE COURT AND ALL PARTIES:

PLEASE TAKE NOTICE that the hearing on the Motion to Strike Complaint pursuant to Cal. Code Civ. Proc. § 425.16 and to Dismiss pursuant to Fed. R. Civ. P. 12(b)(6) filed by defendants Warren Green, Matthew Dameron, Eric S. Pezold, Lyndsey A. Torp, Morgan T. Petrelli, Snell & Wilmer L.L.P., Wilmington Trust National Association[1] ("Wilmington"), MFResidential Assets I, L.L.C., MFRA Trust 2016-1, PS Funding Inc., and Peer Street Inc. (collectively "Defendants"), will be held on December 2, 2021 at 10:00 a.m., before the Honorable Jeremy D.

---

[1] Wilmington Trust, National Association, Not in Its Individual Capacity, But Solely as Trustee of MFRA Trust 2016-1, a Delaware Statutory Trust has been erroneously named as "Wilmington Trust National Association."

Peterson, United States Magistrate Judge, in Courtroom 9 of the above-entitled court, located at 501 I Street, Sacramento, CA 95814.

Dated: November 1, 2021                                     SNELL & WILMER L.L.P.

                                                            By:  */s/ Andrew B. Still*
                                                            Eric S. Pezold
                                                            Andrew B. Still

                                                            Attorneys for Defendants

# CERTIFICATE OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 600 Anton Boulevard, Suite 1400, Costa Mesa, California 92626.

On November 1, 2021, I served, in the manner indicated below, the foregoing document described as: **AMENDED NOTICE OF MOTION AND MOTION TO STRIKE COMPLAINT PURSUANT TO CAL. CODE CIV. PROC. § 425.16 AND TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(6)** on the interested parties in this action:

| | |
|---|---|
| **Ron Cupp**<br>150 Raley Town Center, Ste 2512<br>Rohnert Park, CA 94926 | **Plaintiffs** |
| **Gavin Mehl**<br>1400 36th St<br>Sacramento, CA 95816 | |

☒ BY REGULAR MAIL: I caused such envelopes to be deposited in the United States mail at Costa Mesa, California, with postage thereon fully prepaid. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the United States Postal Service each day and that practice was followed in the ordinary course of business for the service herein attested to (F.R.C.P. § 5 (b)(2)(C)).

☒ BY E-FILING (USDC Eastern): I caused such document to be sent electronically to the court; pursuant to General Order No. 08-02, electronic filing constitutes service upon the parties who have consented to electronic service.

☒ FEDERAL: I declare that I am employed in the office of a member of the bar of this Court, at whose direction the service was made.

EXECUTED on November 1, 2021, at Costa Mesa, California.

*Kelley E. Nestuk*

_____
Kelley Nestuk