UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAVIN MEHL, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>WARREN GREEN, *et al.*,<br><br>    Defendants. | Case No.  2:21-cv-01861-TLN-JDP (PS)<br><br>ORDER GRANTING PLAINTIFFS' MOTION FOR EXTENSION OF TIME<br><br>ECF No. 13 |

On November 18, 2021, plaintiffs filed a motion for extension of time to file a first amended complaint.  ECF No. 13.  The next day, they filed a joint stipulation for the same extension.  ECF No. 14.  For good cause shown, plaintiffs' motion is granted.  ECF No. 13.

IT IS SO ORDERED.

Dated:    November 23, 2021

                                                                                              
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE