UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAVIN MEHL, *et al.*, | Case No. 2:21-cv-01861-TLN-JDP (PS) |
| Plaintiffs, | ORDER DISMISSING DEFENDANTS' MOTION TO DISMISS WITHOUT PREJUDICE |
| v. | |
| WARREN GREEN, *et al.*, | ECF No. 7 |
| Defendants. | |

Defendants filed a motion to dismiss or to strike the complaint. ECF No. 7. Defendants argue that the complaint does not plead sufficiently detailed or specific factual allegations and is, therefore, defective for failing to articulate a plausible claim. *See Ashcroft v. Iqbal*, 556 U.S. 662 (2009). Plaintiffs have now filed an amended complaint. ECF No. 16. Without expressing any view as to its merits, the court dismisses defendants' motion to dismiss without prejudice. Defendants are directed to either answer the new complaint or file a new motion, as appropriate.

IT IS SO ORDERED.

Dated: December 8, 2021

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE