Gavin Mehl
1400 36th Street
Sacramento, California ~95816
(917)304-6089 emergency cell
gavingmehl@gmail.com

Consumer Plaintiff in *Pro Se*

Ron Cupp
150 Raley Town Center Ste 2512
Rohnert Park, CA 94925
(707) 318-9929
ronc2009@gmail.com

Consumer Plaintiff in *Pro Se*

FILED
DEC 22 2021
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAVIN MEHL; RON CUPP; and DOES 1-10 inclusive consumers<br><br>Plaintiff(s),<br><br>Vs.<br><br>WILMINGTON TRUST, NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE OF MFRA TRUST 2016-1, A DELAWARE STATUTORY TRUST; SNELL & WILMER L.L.P; ANDREW B STILL an individual, and DOES 1-10 inclusive, | Case No.: 2:21-cv-01861-TLN-JDP<br><br>**LIS PENDENS** |

Defendant(s).

## NOTICE OF PENDENCY

PLEASE TAKE NOTICE that this action was commenced in the above-named court by the above-entitled Plaintiff against the above-entitled Defendants and is now pending.

I. **Violations of Fair Debt Collection Practices Act 15 U.S.C. 1692 *et seq.* FDCPA;**
II. **Violations of Rosenthal Act, Civil Code § 1788 *et seq.*;**
III. **Violations of Fair Credit Reporting Act 15 U.S.C. 1681s-2(b);**
IV. **Violations of Telephone Consumer Protection Act 47 U.S.C. § 227(b)(1)(A)**

Pursuant to Cal. Civ. Proc. Code § 405.20, the specific real property affected by this action is located at Sacramento County and described as follows: **1400 36th Street, Sacramento, California 95816**

Parcel Number(s)    007-0233-017-0000
                    007-0233-018-0000

SEE EXHIBIT "A" ATTACHED HERETO AND MADE A PART HEREOF

## VERIFICATION

I have personal knowledge of the facts stated in this complaint, and if called as a witness, could and would testify competently to the truth of the facts as stated herein. The facts show that the action has been commenced in a superior court and court location described in the caption as a proper place for the trial of the action.

I (we) declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Respectfully,

Dated: December 21, 2021  /s/ Gavin: Mehl.

_____
Gavin Mehl, Plaintiff *Pro Se*

Dated: December 21, 2021  /s/ Ron Cupp

_____
Ron Cupp, Plaintiff *Pro Se*

# EXHIBIT "A"
Legal Description

For APN/Parcel ID(s).  007-0233-018-0000 and 007-0233-019-0000

THE LAND REFERRED TO HEREIN BELOW IS SITUATED IN THE CITY OF SACRAMENTO, COUNTY OF SACRAMENTO, STATE OF CALIFORNIA AND IS DESCRIBED AS FOLLOWS:

PARCEL ONE

LOT LOT 58 AND THE EASTERLY 10 00 FEET OF LOT 57, AS SHOWN ON THE "MAP OF CRESCENT PARK," RECORDED IN THE OFFICE OF THE COUNTY RECORDER OF SACRAMENTO COUNTY, ON NOVEMBER 15, 1910, IN BOOK 11 OF MAPS, MAP NO  16, SAID EASTERLY 10 00 FEET OF LOT 57 BEING MEASURED PARALLEL TO THE EASTERLY LINE OF SAID LOT 57

PARCEL TWO:

LOT 57, AS SHOWN ON THE "MAP OF CRESCENT PARK", RECORDED IN THE OFFICE OF THE COUNTY RECORDER OF SACRAMENTO COUNTY, ON NOVEMBER 15, 1910, IN BOOK 11 OF MAPS, MAP NO. 16.

EXCEPTING THEREFROM THE EASTERLY 10 FEET  SAID EASTERLY 10 FEET OF LOT 57 BEING MEASURED PARALLEL TO THE EASTERLY LINE OF SAID LOT 57