Gavin Mehl
1400 36th Street
Sacramento, California ~95816
(917)304-6089 emergency cell
gavingmehl@gmail.com

Ron Cupp
150 Raley Town Center Ste 2512
Rohnert Park, CA 94925
(707) 318-9929
ronc2009@gmail.com

Consumer Plaintiffs in *Pro Se*

**FILED**

JAN 26 2022

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
     DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAVIN MEHL; RON CUPP; and DOES 1-10 inclusive consumers<br><br>Plaintiff(s),<br><br>Vs.<br><br>WILMINGTON TRUST, NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE OF MFRA TRUST 2016-1, A DELAWARE STATUTORY TRUST; SNELL & WILMER L.L.P; ANDREW B STILL an individual, and DOES 1-10 inclusive,<br><br>Defendant(s). | Case No.: 2:21-cv-01861-TLN-JDP<br><br>**NOTICE OF WITHDRAW OF LIS PENDENS** |

-1-

PLEASE TAKE NOTICE that the above named plaintiff, withdraws the notice of pendency of action ("Lis Pendens"), so that it does not constitute constructive or actual notice of any of the matters contained in it, or of any matters pertaining to this action, or create any duty of inquiry in any person dealing with the specific real property affected by this action is located at Sacramento County and described as follows: **1400 36th Street, Sacramento, California 95816**

Parcel Number(s)    007-0233-017-0000

007-0233-018-0000

Respectfully,

Dated: January 20, 2022         /S/ Gavin: Mehl.
_____
Gavin Mehl, Plaintiff *Pro Se*

Dated: January 20, 2022         /S/ Ron Cupp
_____
Ron Cupp, Plaintiff *Pro Se*

-2-

NOTICE OF WITHDRAW OF LIS PENDENS