Eric S. Pezold, Bar No. 255657
epezold@swlaw.com
Andrew B. Still, Bar No. 312444
astill@swlaw.com
SNELL & WILMER L.L.P.
600 Anton Blvd, Suite 1400
Costa Mesa, California 92626-7689
Telephone:    714.427.7000
Facsimile:     714.427.7799

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAVIN MEHL; RON CUPP; and DOES 1-10 inclusive consumers,<br><br>Plaintiffs,<br><br>vs.<br><br>WILMINGTON TRUST, NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE OF MFRA TRUST 2016-1, A DELAWARE STATUTORY TRUST; SNELL & WILMER L.L.P.; ANDREW B. STILL an individual, and DOES 1-10 inclusive,<br><br>Defendants. | Case No. 2:21-CV-01861-TLN-JDP<br><br>**DEFENDANTS' OPPOSITION TO PLAINTIFFS' REQUEST FOR CONTINUANCE OF DEFENDANTS' MOTION TO DISMISS [18] TO BE HEARD JOINTLY** |

Defendants Wilmington Trust, National Association, not in its Individual Capacity, but Solely as Trustee of MFRA Trust 2016-1, a Delaware Statutory Trust ("Wilmington"), Snell & Wilmer L.L.P. and Andrew B. Still (collectively, "Defendants"), submit the following Opposition to Plaintiffs' Request for Continuance of Defendant's Motion to Dismiss to be Heard Jointly [Dkt No. 30] ("Request for Continuance").

## I. INTRODUCTION AND OPPOSITION

Defendants Object to Plaintiffs' Request for Continuance because Plaintiffs' request is sought solely for the purpose of delaying this matter and is otherwise moot.

### A. Defendants' Motion

On December 17, 2021, Defendants filed their Motion to Strike First Amended Complaint Pursuant to Cal. Code. Civ. Proc. § 425.16 and to Dismiss Pursuant to FRCP 12(b)(6) (hereinafter "Defendants' Motion"). [Dkt. No. 18]. On January 20, 2022, Plaintiffs filed their Opposition to Defendants' Motion. [Dkt. No. 21]. On January 26, 2022, Defendants filed their Reply in support of their Motion. [Dkt. No. 28]. Thus, Defendants' Motion is fully briefed, and no continuance is warranted.

In addition, on January 24, 2022, this Court entered a Minute Order ordering Defendants' Motion submitted without appearance and without argument pursuant to Local Rule 230(g). Accordingly, the hearing date has already been vacated by the court and Plaintiffs' Request for a further continuance is moot.

### B. Plaintiffs' "Counter-Motion"

In an attempt to further delay these proceedings, on January 20, 2022, Plaintiffs filed a "Counter-Motion to Strike Defendant's [sic] Certain Scandalous and Immaterial Matters As to Defendants Anti-SLAPP Motion and Motion to Dismiss." [Dkt. No. 20]. As a preliminary matter, Plaintiffs' "Counter-Motion" is procedurally defective because a motion to strike may only be used to strike material in a pleading not a motion, and similarly irrelevant to the Court's decision on Defendants' Motion. Fed. R. Civ. P. 12(f); *Sidney-Vinstein v. A.H. Robins Co.*, 697 F.2d 880, 885 (9th Cir. 1983) ("Under the express language of the rule, only pleadings are subject to motions to strike."). Beyond this, Plaintiffs improperly noticed the hearing for their "Counter-Motion" pursuant to Local Rule 230(b). [Dkt. No. 26]. Because of their errors, Plaintiffs now seek to have Defendants' Motion continued. But Plaintiffs' further attempts to delay this matter by another frivolous filing is prejudicial to Defendants and this Court should deny this Request.

## II.   CONCLUSION

Accordingly, Defendants object to Plaintiffs' Request for Continuance and request that Defendants' Motion be ruled upon consistent with this Court's January 24, 2022 Minute Order. [Dkt. No. 27].

Dated: January 31, 2022                         SNELL & WILMER L.L.P.


                                                By:   /s/ Andrew B. Still
                                                      Eric S. Pezold
                                                      Andrew B. Still

                                                      Attorneys for Defendants

# CERTIFICATE OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 600 Anton Boulevard, Suite 1400, Costa Mesa, California 92626.

On January 31, 2022, I served, in the manner indicated below, the foregoing document described as: **DEFENDANTS' OPPOSITION TO PLAINTIFFS' REQUEST FOR CONTINUANCE OF DEFENDANTS' MOTION TO DISMISS [18] TO BE HEARD JOINTLY** on the interested parties in this action:

**Ron Cupp**  **Plaintiffs**
150 Raley Town Center, Ste 2512
Rohnert Park, CA 94926

**Gavin Mehl**
5960 S Land Park Dr. #1166
Sacramento, CA 95822

☒ BY REGULAR MAIL: I caused such envelopes to be deposited in the United States mail at Costa Mesa, California, with postage thereon fully prepaid. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the United States Postal Service each day and that practice was followed in the ordinary course of business for the service herein attested to (F.R.C.P. § 5 (b)(2)(C)).

☒ BY E-FILING (USDC Eastern): I caused such document to be sent electronically to the court; pursuant to General Order No. 08-02, electronic filing constitutes service upon the parties who have consented to electronic service.

☒ FEDERAL: I declare that I am employed in the office of a member of the bar of this Court, at whose direction the service was made.

EXECUTED on January 31, 2022, at Costa Mesa, California.

SNELL & WILMER L.L.P.

By: /s/Kelley Nestuk
Kelley Nestuk