UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAVIN MEHL, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>WARREN GREEN, *et al.*,<br><br>　　　　　Defendants. | Case No. 2:21-cv-01861-TLN-JDP (PS)<br><br>ORDER DENYING PLAINTIFFS' MOTION FOR CONTINUANCE<br><br>ECF No. 30 |

　　　On January 26, plaintiffs sought to continue the hearing on the pending motion to dismiss. ECF No. 30. That motion has already been briefed and submitted without argument, ECF No. 27, and so plaintiffs' motion is moot. To the extent that plaintiffs seek to set the motion to dismiss for a hearing, they have not provided any basis for such a request.

IT IS SO ORDERED.


Dated:　　February 1, 2022　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　JEREMY D. PETERSON
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE