UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAVIN MEHL, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>WARREN GREEN, et al.,<br><br>　　　　Defendants. | No. 2:21-cv-01861-TLN-JDP<br><br>**ORDER** |

　　　　On September 2, 2022, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 38.) Defendants filed limited objections to the findings and recommendations on September 9, 2022, and they have been considered by the Court. (ECF No. 39.)

　　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

///

///

///

1

...

1    Accordingly, IT IS HEREBY ORDERED that:

2    1. The Findings and Recommendations filed September 2, 2022 (ECF No. 38) are

3 ADOPTED in full;

4    2. Defendants' Motion to Dismiss (ECF No. 18) is GRANTED;

5    3. Plaintiffs' FDCPA, FCRA, and TCPA claims are DISMISSED with leave to amend;

6    4. The Court DECLINES to exercise supplemental jurisdiction over Plaintiffs' Rosenthal

7 Act claim; and

8    5. Plaintiffs' Motion to Strike (ECF No. 20) is DENIED.

**DATED:  September 23, 2022**

Troy L. Nunley
United States District Judge