UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAVIN MEHL, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>WARREN GREEN, *et al.*,<br><br>　　　　　Defendants. | Case No. 2:21-cv-01861-TLN-JDP (PS)<br><br>ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO COMPLY WITH LOCAL RULES<br><br>ECF No. 44 |

　　　　On November 9, 2022, defendants filed a motion to dismiss plaintiffs' second amended complaint. ECF No. 4. To date, plaintiffs have not filed a response to the motion.

　　　　Under the court's local rules, a responding party is required to file an opposition or statement of non-opposition to a motion no later than fourteen days after the date it was filed. E.D. Cal. L.R. 230(c). To manage its docket effectively, the court requires litigants to meet certain deadlines. The court may impose sanctions, including dismissing a case, for failure to comply with its orders or local rules. *See* Fed. R. Civ. P. 41(b); E.D. Cal. L.R. 110; *Hells Canyon Pres. Council v. U.S. Forest Serv.*, 403 F.3d 683, 689 (9th Cir. 2005); *Carey v. King*, 856 F.2d 1439, 1440-41 (9th Cir. 1988). Involuntary dismissal is a harsh penalty, but a district court has a duty to administer justice expeditiously and avoid needless burden for the parties. *See Pagtalunan v. Galaza*, 291 F.3d 639, 642 (9th Cir. 2002); Fed. R. Civ. P. 1.

The court will give plaintiffs the opportunity to explain why sanctions should not be imposed for failure to file an opposition or statement of non-opposition to defendants' motion. Plaintiffs' failure to respond to this order will constitute a failure to comply with a court order and will result in a recommendation that this action be dismissed.

Accordingly, it is hereby ORDERED that:

1. By no later than December 22, 2022, plaintiffs shall file an opposition or statement of non-opposition to defendants' motion to dismiss.  *See* ECF No. 44.

2. Plaintiffs shall show cause, by no later than December 12, 2022, why sanctions should not be imposed for failure to timely file an opposition or statement of non-opposition to defendants' motion.

3. Defendants may file a reply to plaintiffs' opposition, if any, no later than January 12, 2023.

4. Failure to comply with this order may result in a recommendation that this action be dismissed for lack of prosecution, failure to comply with court orders, and failure to comply with local rules.

IT IS SO ORDERED.

Dated:     December 2, 2022                                    _____
                                                                                        JEREMY D. PETERSON
                                                                                        UNITED STATES MAGISTRATE JUDGE

2