UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAVIN MEHL, *et al.*, | Case No. 2:21-cv-01861-TLN-JDP (PS) |
| Plaintiffs, | |
| v. | ORDER |
| WARREN GREEN, *et al.*, | |
| Defendants. | |

Plaintiffs have filed a motion for a second thirty-day extension of time to file objections to the June 6, 2023 findings and recommendations. ECF No. 62. They contend that this further extension is needed to allow plaintiff Gavin Mehl to file a brief in a case pending before the California Court of Appeal. *Id.* at 2. They also state that additional time is needed "to prepare objections upon discovering significant documents were missing from the record . . . ." *Id.* at 3.

Plaintiffs have not shown good cause for the requested extension. Mr. Mehl's state case does not provide a basis for delaying consideration of the findings and recommendations. Moreover, the objection period is not the time to advance new arguments or evidence; plaintiffs had the chance to do so through their opposition to defendants' motion to dismiss. Nevertheless, given plaintiffs' pro se status, I will grant them a final opportunity to file objections.

Accordingly, it is hereby ORDERED that:

1. Plaintiffs' motion for a second extension of time, ECF No. 62 is granted in part.

     2. Plaintiffs are granted until August 17, 2023, to file objections to the June 6, 2023 findings and recommendations.

     3. No further extensions of time will be granted.

IT IS SO ORDERED.

Dated:   July 27, 2023

JEREMY D. PETERSON  
UNITED STATES MAGISTRATE JUDGE

2