Gavin Mehl
5960 S. Land Park Dr. #1166
Sacramento, California ~95822
Phone: (917) 304-6089
Email: mehlgavin@gmail.com

Ron Cupp
150 Raley Town Center Ste 2512
Rohnert Park, California 94925
Phone: (707) 318-9929
Email: ronc2009@gmail.com

Consumer Plaintiffs

**FILED**

SEP 0 1 2023

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Gavin Mehl; Ron Cupp<br>Plaintiff(s),<br><br>v.<br><br>PeerStreet; Snell & Wilmer L.L.P.;<br>Andrew B. Still an individual;<br>Wilmington *et al.* and Does 1 through<br>10 inclusive<br><br>Defendant(s). | Case No.: 2:21-cv-01861-TLN-JDP<br>*Hon. Troy L. Nunley, US District Judge*<br>*Hon. Jeremy D. Peterson, US Magistrate Judge*<br><br>**EX PARTE MOTION TO EXTEND TIME TO FILE AN APPEAL**<br>**[Fed. R. Civ. P. 4(a)(5)]** |

COMES NOW, PLAINTIFF(S), GAVIN MEHL, and RON CUPP (hereinafter Plaintiff(s)), timely to move this honorable Court to extend Time to File their Appeal to Docket Text: JUDGMENT dated *8/24/2023* pursuant to order signed by District Judge Troy L. Nunley on 8/23/2023 [ECF NO. 67].

This motion is made pursuant *to Fed. R. Civ. P. 4(a)(5)* which authorizes the district court to extend the time to file a notice of appeal if (i) a party so moves no later than 30 days after the time prescribed by this *Rule 4(a)* expires: and (ii) regardless of whether its motion is filed before or during the 30 days after the time prescribed by this *Rule 4(a)* expires, the party shows excusable neglect or good cause. This motion is based

on the motion, memorandum of points and authorities and Plaintiffs Affidavit in support. The motion is made on the following grounds:

1. Plaintiffs show good cause to extend time to file appeal pending the district courts determination of Plaintiffs motion for clarification scheduled for October 5, 2023.

Respectfully,

Dated: September 1, 2023

*Gavin Mehl*
Gavin Mehl, Plaintiff *Pro Se*

Dated: September 1, 2023

*Ron Cupp*
Ron Cupp (Aug 31, 2023 20:50 PDT)

Ron Cupp, Plaintiff *Pro Se*

1  Gavin Mehl
   5960 S. Land Park Dr. #1166
2  Sacramento, California ~95822
   Phone: (917) 304-6089
3  Email: mehlgavin@gmail.com

4  Ron Cupp
   150 Raley Town Center Ste 2512
5  Rohnert Park, California 94925
   Phone: (707) 318-9929
6  Email: ronc2009@gmail.com

7  Consumer Plaintiffs

8

9              IN THE UNITED STATES DISTRICT COURT

10           FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12  Gavin Mehl; Ron Cupp             Case No.: 2:21-cv-01861-TLN-JDP
    Plaintiff(s),                    *Hon. Troy L. Nunley, US District Judge*
13                                   *Hon. Jeremy D. Peterson, US Magistrate Judge*
              v.
14                                   **MEMORANDUM OF POINTS AND**
                                     **AUTHORITIES IN SUPPORT OF EX**
15  PeerStreet; Snell & Wilmer L.L.P.;   **PARTE MOTION TO EXTEND TIME TO**
    Andrew B. Still an individual;   **FILE AN APPEAL**
16  Wilmington *et al.* and Does 1 through   **[Fed. R. Civ. P. 4(a)(5)]**
    10 inclusive

17

18  Defendant(s).

19

20      *Fed. R. Civ. P. 4* states in a relevant part:

21      **(5)***Motion for Extension of Time.***(A)** The district court may extend the time to file

22  a notice of appeal if:

23      **(i)** a party so moves no later than 30 days after the time prescribed by this Rule

24  4(a) expires; and

25      **(ii)** regardless of whether its motion is filed before or during the 30 days after the

26  time prescribed by this Rule 4(a) expires, that party shows excusable neglect or good

27  cause.

28

**(B)** A motion filed before the expiration of the time prescribed in Rule 4(a)(1) or (3) may be ex parte unless the court requires otherwise. If the motion is filed after the expiration of the prescribed time, notice must be given to the other parties in accordance with local rules.

Here, this motion is being made ex parte on the grounds that Plaintiffs show good cause pending the determination of the courts ruling on Plaintiffs motion for clarification of the court's order granting defendants motion to dismiss for purposes of clarification on appeal.

## PRAYER

Plaintiff respectfully requests that the Court find good cause to extend the time to file an appeal pending the court's determination on the motion schedule for October 5, 2023.

Respectfully,

Dated: September 1, 2023

*Gavin Mehl*

Gavin Mehl, Plaintiff *Pro Se*

Dated: September 1, 2023

*Ron Cupp*
Ron Cupp (Aug 31, 2023 20:50 PDT)

Ron Cupp, Plaintiff *Pro Se*

1  Gavin Mehl
   5960 S. Land Park Dr. #1166
2  Sacramento, California ~95822
   Phone: (917) 304-6089
3  Email: mehlgavin@gmail.com

4  Ron Cupp
   150 Raley Town Center Ste 2512
5  Rohnert Park, California 94925
   Phone: (707) 318-9929
6  Email: ronc2009@gmail.com

7  Consumer Plaintiffs

8

9              IN THE UNITED STATES DISTRICT COURT

10            FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12  Gavin Mehl; Ron Cupp            Case No.: 2:21-cv-01861-TLN-JDP
    Plaintiff(s),                   *Hon. Troy L. Nunley, US District Judge*
13                                  *Hon. Jeremy D. Peterson, US Magistrate Judge*
                 v.
14                                  **AFFIDAVIT SUPPORT OF EX PARTE
    PeerStreet; Snell & Wilmer L.L.P.;  MOTION TO EXTEND TIME TO FILE
15  Andrew B. Still an individual;   AN APPEAL**
    Wilmington *et al.* and Does 1 through  **[Fed. R. Civ. P. 4(a)(5)]**
16  10 inclusive

17
    Defendant(s).
18

19            **AFFIDAVIT OF GAVIN MEHL**

20      I, Gavin Mehl ("Affiant"), am a Plaintiff in this action and affirm that the

21  following statements are true and correct. I am competent to testify based on my personal

22  knowledge to the following:

23      a.  Affiant makes this affidavit in support of ex parte motion to extend the time

24  to file an appeal.

25      b.  On August 24, 2023, the court entered judgment in favor of the defendant in a

26          civil case.

27

28

c.  Simultaneously filed with this ex parte motion to extend time to file an appeal is Plaintiffs motion for clarification of the courts order granting defendants motion to dismiss.

d.  Plaintiff request the court extend time to file appeal pending the courts determination on Plaintiffs motion for clarification

e.  of the court's order granting defendants motion to dismiss now scheduled for October 5, 2023.

I Declare under penalty of perjury under the laws of the United States of America that the above is true and correct.  Executed September 1, 2023.

*Gavin Mehl*

Gavin Mehl, Plaintiff

## PROOF OF ELECTRONIC SERVICE

1. At the time I served the documents listed in 3, I was at least 18 years old.

2. a. My business address is: 5960 S Land Park Drive #1166 Sac, CA 95822.

   b. My electronic service address is: mehlgavin@gmail.com

3. I electronically served the following document, as indicated below:

## EX PARTE MOTION TO EXTEND TIME TO FILE AN APPEAL

4. I electronically served the document checked in 3 as follows:

   a.  (1) Name of person served: Edward A. Treder, Barrett Daffin

       On behalf of: Wilmington Trust, NA, as Trustee of MFRA Trust

       (2) Electronic service address of person served: edwardt@bdfgroup.com

   b.  (1) Name of Person served: Eric S. Pezold

       On behalf of: Peer Street, Inc., Snell & Wilmer L.L.P.

       (2) Electronic service address of person served: epezold@swlaw.com

   c.  (1) Name of Person served: Andrew Blake Still

       On behalf of: Andrew Blake Still

       (2) Electronic service address of person served: astill@swlaw.com

5. On (*date*): September 1, 2023

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on September 1, 2023,

By:  *Gavin Mehl*

Gavin Mehl